JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT DANIELS, an individual; LISA DANIELS, an individual,<br><br>            Plaintiff,<br><br>   v.<br><br>ROBERT J. WILLIS, an individual; 7982 INVESTMENTS, LLC, a Nevada limited liability company,<br><br>            Defendants. | Case No. EDCV 08-604-VAP (JCRx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order granting Default Judgment in favor of Plaintiffs and against Defendant, filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs, Scott Daniels and Lisa Daniels, shall recover from Defendants Robert J. Willis and 7982 Investments, LLC, a Nevada limited liability company, the amount of $219,166.00.  This includes the principal amount of $125,000, interest due on the due date of $10,000,

interest accruing at a rate of 2% per month of $78,300, and attorney's fees of $5,866.

The Court orders that such judgment be entered.

Dated: July 29, 2009

*/s/ Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge